IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00158-MOC-WCM

| | |
|---|---|
| WILLIAM PETERSON, III, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| HARRAH'S NC CASINO COMPANY, LLC; ) | |
| and CAESERS ENTERTAINMENT, INC., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 3) filed by Jake A. Snider. The Motion indicates that Mr. Snider, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Daniel Grey Leland, who the Motion represents as being a member in good standing of the Bar of Minnesota. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 3) and **ADMITS** Daniel Gray Leland to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: June 28, 2024

W. Carleton Metcalf
United States Magistrate Judge